AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

(1) OUAJDI BEN-MRAD A/K/A WAZZIE ("BEN-MRAD")
(2) JOHN DOE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1639-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 2003 and continuing until the present in Barnstable county, in the _____ District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly and with intent to defraud effects transactions, with one or more access devices issued to another person or persons, to receive payment or any other thing of value during and one-year period the aggregate value of which is equal to or greater than $1,000.00

in violation of Title 18 United States Code, Section(s) 1029(a)(5) and 2

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

2-11-04                                    at    BOSTON, MASSACHUSETTS
Date                                                City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.