## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Charles B. Swartwood, III

Courtroom Clerk: Roland

Case: USA v. Ouajdi Ben-Mrad & John Doe

AUSA: Pellegrini

PTSO/PO: September

Date: February 13, 2004

Time In Court: 15 min

Case Number: 04-1639-CBS

Defense Counsel: Fernandez & Fried

Recording Time: 4:02 P  Interpreter: Lama, Tibet

## TYPE OF HEARING

[X] **Initial Appearance**
[X] Arrested:  [X] on warrant  [ ] on probable cause
[ ] Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X] Requests Appointment of Counsel
[ ] Retained Counsel
[X] Court Orders Counsel be Appointed
[X] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

P/C & Detention Hearing  Date:_____ at __pm__

## REMARKS

Case called, Counsel and Defendants appear for Initial Appearance, Financial Affidavits filed, Gov't requests detention, Case continued, Defendants remanded to the custody of the US Marshal