AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF        MA

United States

V.

Ouajdi Ben-Mrad & John Doe

## EXHIBIT AND WITNESS LIST

Case Number: 04-1639-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Pellegrini | DEFENDANT'S ATTORNEY Fried, Fernandez |
|---|---|---|
| TRIAL DATE (S) 02/23/04 | COURT REPORTER 11:18 a.m. | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| X | | 2/23/2004 | | | Jon Murphy, U.S. Secret Service |
| | | | | | |
| | | | | | |
| | | | | | Exhibit |
| 1 | | 2/23/2004 | | X | Complaint Affidavit |
| 2 | | 2/23/2004 | | X | Miranda Waiver and statement of Ben-Mrad |
| | A | 2/23/2004 | | X | John Doe, Immigration Status Papers |
| | | | | | |
| | | | | | Witness |
| | X | 2/23/2004 | | | Magnoury Lama (John Doe) |
| | X | 2/23/2004 | | | Mrs. Ben-Mrad (Ben-Mrad) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.